# EXHIBIT A

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

Control Number: COW2024002930

April 9, 2024

LAL PRERNA
1327 ADDISON STREET
BERKELEY, CA 94702

Dear LAL PRERNA:

We received your request for information relating to an Afghanistan humanitarian parole data request.

Your request was received in this office on April 5, 2024. We may need to contact you at a later date to discuss the scope of your request.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: COW2024002930. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the simple track (Track 1).

Based on the information you provided, we have determined that expedited processing of your request is not warranted. The Department of Homeland Security Freedom of Information Act regulation at 6 C.F.R. § 5.5(e)(1) requires that you demonstrate that your request warrants expedited treatment because it involves:

(i) Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual;
(ii) An urgency to inform the public about an actual or alleged federal government activity, if made by a person who is primarily engaged in disseminating information;
(iii) The loss of substantial due process rights; or
(iv) A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence.

Additionally, 6 C.F.R. § 5.5(e)(3) requires that a requester who seeks expedited processing must submit a statement, certified to be true and correct, explaining in detail the basis for making the request for expedited processing. Furthermore, requests for expedited processing that are based on paragraph (e)(1)(iv) of this section must be submitted to the Senior Director of FOIA Operations, the Privacy Office, U.S. Department of Homeland Security, 245 Murray Lane SW STOP-0655, Washington, D.C. 20598-0655. If you can demonstrate any further showing as to the nature and degree of (i), (ii), or (iii) of the above categories, please submit this additional information to this office for reconsideration.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S.

Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

In your request, you seek a fee waiver. Under the Freedom of Information Act's (FOIA) fee waiver standard, 5 U.S.C § 552 (A)(4)(iii), two requirements must be met prior to a grant of a fee waiver. As stated, documents shall be furnished without any charge or at a charge reduced below the fees established, where the requester has demonstrated that:

(i) disclosure is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government; and
(ii) disclosure is not primarily in the commercial interest of the requester.

Since you have not met the necessary requirements for a fee waiver, we are denying your fee waiver request.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request

pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

April 5, 2024

P. O. Box 648010
Lee's Summit, MO. 64064-8010
Phone: 1-800-375-5283
Fax: 816-350-5785
E-mail: uscis.foia@uscis.dhs.gov

Sent via to USCIS FOIA Portal

**RE: FOIA Request for Records Related to Humanitarian Parole Data for Afghanistan**

Dear Officer,

This letter constitutes a request pursuant to the Freedom of Information Act ("FOIA").

Requestor seeks a fee waiver as a member of the media, and expedited processing for reasons stated herein.

Records Requested:
Requestor seek disclosures of the following records prepared, received, transmitted, collected and/or maintained by U.S. Citizenship and Immigration Services ("USCIS") regarding the processing of applications for humanitarian parole:

1) **Aggregate data or statistics related to humanitarian parole applications filed by citizens/nationals of Afghanistan from January 1, 2020 to the current date, including but not limited to data or statistics on the number of humanitarian parole applications received, approved, issued requests for evidence, denied, and still pending;**
2) **Aggregate data or statistics related to humanitarian parole applications filed by citizens/nationals of Afghanistan from January 1, 2020 to the current date, including but not limited to number of applications filed with a fee waiver request;**
3) **Aggregate data or statistics related to total amount of filing fees submitted to USCIS for humanitarian parole since January 1, 2020 specifically for Afghanistan nationals or citizens; and**
4) **Current guidance, policies, directives, training materials, and similar documents regarding the processing of fee waiver requests for humanitarian parole applications of Afghan nationals issued after January 1, 2021.**

Please construe this as an ongoing FOIA request, so that any records that come within the possession of the agency prior to your final response to this FOIA request should also be considered within the scope of the request.

Electronic versions of the requested documents on compact discs are preferred. Please produce with the records any metadata and load files, so that the records can be accessed, searched,

and displayed in a manner comparable to a USCIS user, as applicable. If codes are employed, please also produce any documents in your possession explaining the codes employed, and what they signify.

If all or any part of this request is denied, please specify the exemption(s) claimed for withholding each record. If some portion(s) of the requested records are determined to be exempt, please provide the remaining non-exempt portions. 5 U.S.C. § 552(b). To the extent that materials are excised, please "black out" these materials, rather than "whiting out" or "cutting out" these materials. We reserve the right to appeal any decision(s) to withhold information and expect that you will list the address and office to which such an appeal may be directed. 5 U.S.C. § 552(a)(6)(A)(i).

We hereby request expedited processing pursuant to 5 U.S.C. § 552(a)(6)(E) and a fee waiver under FOIA to the fullest extent permitted by law and as permitted under the applicable USCIS regulations. Expedited processing is appropriate because the requests involve "[a]n urgency to inform the public about an actual or alleged government activity, if made by a person primarily engaged in disseminating information," "the loss of substantial due process rights," and "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence." *See* 28 C.F.R. § 16.5(e)(1).

There is a lot of media interest and newsworthy concern about the implementation of the humanitarian parole for Afghan nationals and evacuees. According to media reporting and prior FOIA results published in 2022, DHS has processed only a fraction of the applications for humanitarian parole received while receiving over $19 million dollars in fees from Afghan nationals. https://www.americanimmigrationcouncil.org/news/advocates-release-foia-data-seek-transparency-thousands-afghans-seeking-humanitarian-parole. Afghan nationals, including persons who have applied and are still waiting for a decision, feel robbed by USCIS for failure to render a decision. https://refugeerights.org/news-resources/we-were-robbed-advocates-react-to-afghan-humanitarian-parole-foia-findings. As such, the results of this request will answer questions and concerns about the government's integrity and confidence in the system.

Requester, Prerna Lal, is a member of the news media and the records will be widely disseminated through the requestor's blog: www.prernalal.com, which the Requestor has owned and operated for well over a decade. Lal has won several awards for their reporting, most notably an award from New America Media for Best Blogger for Promigrant.org. Lal is also a regular contributor to other news outlets such as https://www.huffingtonpost.com/author/prerna-lal, https://medium.com/@prernalal and http://www.latinorebels.com/author/lal/, to name a few, and the newsworthy information from this FOIA would also be posted on these websites. As such, the primary purpose of the Requester is to inform the legal community and the public about the humanitarian parole program policies and procedures. Providing the requested information will likely contribute significantly to understanding current practices at USCIS as it relates to Afghanistan nationals as well as identifying potential grounds for seeking to adjust such practices.

In amending the FOIA statute, Congress intended for liberal construction of all fee waiver provisions for non-commercial Requesters. *See Judicial Watch Inc. v. Rossotti*, 326 F.3d 1309, 1312 (D.C. Cir. 2003) ("Congress amended FOIA to ensure that it be 'liberally construed in favor of waivers of noncommercial requesters.'") The Requester is entitled to a waiver of all costs because the information sought "is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the [Requester's] commercial interest." 5 U.S.C. § 552(a)(4)(A)(iii); 28 C.F.R. § 16.10(k). The Requester has a proven track-record of compiling and disseminating information to the public about government functions and activities.

The Requester is also entitled to a waiver of search-related fees as "a representative of the news media." 5 U.S.C. § 552(a)(4)(A)(ii)(II); 28 C.F.R. §§ 16.10(b)(6), (k). Under the 2007 amendments to FOIA, "a representative of the news media," means "any person or entity that gathers information of potential interest to a segment of the public, uses its editorial skills to turn the raw materials into distinct work, and distributes that work to an audience." 5 U.S.C. § 552(a)(4)(A)(ii). "News" means "information that is about current events or that would be of current interest to the public." *Id.* Examples of news media entities includes "alternative media" that disseminate their publications for free "through telecommunications services," i.e., the internet. Id. As noted above, Prerna Lal has a track record of turning raw material into reports and other publications for distribution to the general public, which it does at no charge. You should therefore not charge Prerna Lal any search-related costs for this FOIA request.

Alternatively, if the news media designation for search and review is found to not be applicable to Ms. Lal, the agency should consider classifying this request under "educational or non-commercial scientific institution." Prerna Lal has served as a Lecturer at the University of California, Berkeley for over five years, and as a guest lecturer at several noteworthy academic institutions. Lal frequently publishes scholarship in law reviews and journals on issues that directly pertain to this FOIA request. See https://www.researchgate.net/profile/Prerna_Lal. As such, this request can also be classified as an educational request. You should therefore not charge Prerna Lal any search-related costs for this FOIA request.

The documents subject to this request are not sought for any commercial use. Thus, in the alternative, we understand that no fee may be charged for the first two hours of search time or for the first 100 pages of duplication. 5 U.S.C. § 552(a)(4)(A)(iv)(II); 28 C.F.R. § 16.10(d)(4). If you decline to waive these fees, and if these fees will exceed $100.00, please notify us of the amount of these fees before fulfilling this request. 28 C.F.R. § 16.10(e).

Please reply to this request within twenty (20) working days, or as required by statute. 5 U.S.C. § 552(a)(6)(A)(i). If you have any questions regarding this request, please feel free to email me at prerna@prernalal.com and call me at 510-735-1573

Sincerely,

s/Prerna Lal
1327 Addison Street
Berkeley, CA 94702

# EXHIBIT B

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | October 20, 2021 |
| CASE TYPE: I-131, Application for Travel Document | | USCIS ALIEN NUMBER: A063476666 |
| RECEIPT NUMBER: MSC2299811181 | RECEIVED DATE: October 13, 2021 | PAGE: 1 of 1 |
| | | DATE OF BIRTH: July 25, 1990 |

MOHAMMAD A. AZIZI
C/O MOHAMMAD ANCOSH AZIZI
3709 BRANDO DRIVE
CERES, CA 95307

**NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $575.00 |
| **Total Amount Received:** | $575.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

U.S. Citizenship and Immigration Services
ATTN: International Operations/HAB
999 North Capitol St, NE
Mail Stop 2295
Washington, DC 20529-2295

**USCIS Contact Center Number:**

(800)375-5283

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE8556623629 | 047728160318 | I131 - APPLICATION FOR TRAVEL DOCUMENT |
| **Received Date** 10/13/2021 | **Priority Date** 10/13/2021 | **Applicant** A063 476 666 AZIZI, MOHAMMAD ANOOSH |
| **Notice Date** 07/05/2023 | **Page** 1 of 1 | |

AZIZI, MOHAMMAD ANOOSH
c/o MOHAMMAD A AZIZI
3709 BRANDO DR
CERES CA 95307

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** 3C5FF-E06C-4FA32

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case.
- sign up to receive email notifications and text messages.
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *https://my.uscis.gov/account*
2. Select **"Create a new account"** on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Select **"Add a paper-filed case."**
4. Enter your **"USCIS case receipt number"** and select **"Add case."**
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your **"Date of birth"** in the fields provided.
6. Select **"Confirm case."**

**NOTE: Your Online Access Code will expire 90 days from the notice date listed at the top of this letter. We will continue processing your application regardless of whether you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to request that we reset your access code. If you have questions about how to confirm your USCIS Online Account or to request that we reset your access code, please visit the USCIS Contact Center at uscis.gov/contactcenter.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 12 of 38 Form I-797C, Notice of Action

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number IOE8556623629 | USCIS Online Account Number | Case Type I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date 10/13/2021 | Priority Date | Applicant A063 476 666 AZIZI, MOHAMMAD ANOOSH |
| Notice Date 05/30/2023 | Page 1 of 3 | |

AZIZI, MOHAMMAD ANOOSH
c/o MOHAMMAD A AZIZI
3709 BRANDO DR
CERES CA 95307

**Notice Type:** Courtesy Notice

**COURTESY NOTICE OF POLICY CHANGE**

This courtesy notice is intended to notify petitioners of a policy change that may impact your case if you have a pending Form I-131, Application for Travel Document, filed to request parole on behalf of an Afghan national.

When we assess urgent humanitarian and significant public benefit reasons for parole and the exercise of discretion, we weigh all positive and negative factors. For parole requests for Afghan nationals, characteristics that we consider as strong positive factors along with all other positive and negative factors now include (new characteristics highlighted in bold text):

- Immediate family of a U.S. citizen (spouse, unmarried children under 21, or parents);
- Immediate family of a U.S. lawful permanent resident (spouse or unmarried children under 21);
- Locally employed staff of the U.S. Embassy Kabul and their immediate family members (spouse and unmarried children under 21);
- Special Immigrant Visa (SIV) applicants whose applications have received Chief of Mission (COM) approval and immediate family members (spouse and unmarried children under 21) included on their case;
- Immediate relatives of Afghan nationals previously paroled to the United States through Operation Allies Welcome. Immediate relatives include a spouse, unmarried children under 21, and, in the case of unaccompanied children or attached minors, their primary caregiver (including but not limited to a parent or legal guardian), and the spouse and dependent children under 21 of the primary caregiver;
- Individuals referred to USRAP through a P-1 embassy referral or P-2 group designation referral and in imminent risk of refoulement (return) or serious, targeted harm in the country outside Afghanistan where they are located;
- **Extended family members (including, but not limited to, parents, adult children, and siblings and their families) of Afghan nationals who have received COM approval or entered the United States with a SIV; and**
- **Individuals who have assisted the U.S. mission and assert risk of harm but may not be eligible for COM or SIV approval for reasons unrelated to a finding of fraud or other derogatory information (for example, where the applicant was not employed for enough time to qualify for COM or SIV approval).**

**Additionally, we will weigh the significant public benefit and consider parole on a case-by-case basis for individuals who were employed or volunteered in positions supporting the broader U.S. objectives in Afghanistan and who assert risk of harm due to that work.** For further information, see https://www.uscis.gov/humanitarian/humanitarian-parole/information-for-afghan-nationals-on-requests-to-uscis-for-parole, under "Eligibility."

**myUSCIS Online Accounts**

In addition to this Courtesy Notice of Policy Change, all petitioners with a pending Form I-131, Application for Travel Document for an Afghan beneficiary with this office will also receive a USCIS Account Access Notice by mail. This notice provides an Online Access Code and specific instructions on how to confirm your USCIS Online Account. See https://my.uscis.gov/. The following web addresses link to explanations of myUSCIS in Dari (https://youtu.be/1m1nQPFwiX0) and Pashto (https://youtu.be/ndx9SL4LZlA).

***Please note that this unique Online Access Code is only effective for 90 days from issuance.*** If the code is not used within the 90-day period, you will need to request a new code to link your pending Form I-131 application to your myUSCIS online account. Instructions for doing so can be found on the USCIS Account Access Notice. **If you have *already* linked your pending Form I-131 application to your myUSCIS online account, then you do not need to take any action with the Account Access Notice.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 13 of 38

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE8556623629 | | I131 - APPLICATION FOR TRAVEL DOCUMENT |
| **Received Date** 10/13/2021 | **Priority Date** | **Applicant** A063 476 666 AZIZI, MOHAMMAD ANOOSH |
| **Notice Date** 05/30/2023 | **Page** 2 of 3 | |

Once the application has been linked, the myUSCIS online account allows petitioners and their representatives, if applicable, to access case status, upload documents, and view case notices online. In addition, petitioners may elect to upload unsolicited evidence to their applications. This is the most efficient way to provide additional evidence to us.

**Uploading Unsolicited Evidence in myUSCIS**

If you would like to voluntarily provide additional evidence to your case after receiving this notice of policy change regarding eligibility for parole for Afghan nationals, you may do so in your myUSCIS account by adding "Unsolicited Evidence."

After you have used your unique Online Access Code to link your Form I-131, Application for Travel Document to your myUSCIS online account, you may upload unsolicited evidence online. To do so, click on the filing you wish to submit evidence for. Under the "Documents" tab, you will see an option to upload "Unsolicited Evidence." If you upload evidence that we did not request from you, USCIS will consider the timeliness and relevance of this information when making a decision on your case. You can upload no more than five documents at a time. You may repeat this process as many times as needed.

**Relevant Evidence**

The following is a list of relevant evidence that may be submitted to demonstrate the new characteristics we consider as strong positive factors for Afghan nationals, as highlighted above. The list of evidence below is not exhaustive, though it is generally the type of evidence that may be helpful to support these types of parole requests. **Submission of the evidence described below does not guarantee approval of your parole request, and failure to submit this evidence does not mean that your request will be denied.** In addition to including the relevant evidence below, each petitioner should carefully consider the specific reasons they are requesting parole and submit any other evidence they believe would support their case. Parole is discretionary and we take all the circumstances of each case and supporting evidence into account. For additional guidance on evidence for parole requests, please visit our website at https://www.uscis.gov/humanitarian/humanitarian-parole/guidance-on-evidence-for-certain-types-of-humanitarian-or-significant-public-benefit-parole-requests.

*To Establish Relationship to an Afghan National with COM Approval or a SIV*

- Civil documents to establish the relationship between the beneficiary and the relative with COM Approval/SIV, for example:
  - A copy of Tazkera (National Identity Document) for the beneficiary;
  - A copy of Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where beneficiary was born that lists the name(s) of the beneficiary's parent(s);
  - Other government records for beneficiary listing the name(s) of the beneficiary's parent(s);
  - Religious, medical, or school records for beneficiary listing the name(s) of the beneficiary's parent(s);
- If you are an extended family member (including, but not limited to, parents, adult children, and siblings and their families) of an Afghan national who has received COM approval or entered the United States with a SIV but do not have any of the evidence described above, you may also submit a signed sworn statement explaining why you are unable to obtain the types of evidence described above, along with the following:
  - Affidavits (**signed** sworn statements) from two or more individuals who are not parties to the parole request and who have direct personal knowledge of relationship between beneficiary and SIV holder;

    The most persuasive statements will include:

    - The full name and address of the affiant;
    - The date and place of birth of the affiant;
    - The relationship between the affiant and the parties to the parole request;
    - Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and
    - Complete details concerning how the affiant acquired knowledge of the event(s);

  - Any other evidence you feel establishes the relationship.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services
Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE8556623629 | | I131 - APPLICATION FOR TRAVEL DOCUMENT |
| **Received Date** 10/13/2021 | **Priority Date** | **Applicant** A063 476 666 AZIZI, MOHAMMAD ANOOSH |
| **Notice Date** 05/30/2023 | **Page** 3 of 3 | |

Evidence from the time period of the event(s) in question is the most reliable and persuasive form of evidence for establishing the claimed relationship. The most persuasive evidence will include:

- The names of all relevant parties (e.g., parent, child);
- Dates and locations of the event(s) forming the claimed relationship (birth, marriage, etc.); and
- Stamp, seal, signature of issuing official, authorized personnel, etc

*To Establish Assistance to the U.S. Mission When Ineligible for a SIV*

- The decision notice/letter responding to the beneficiary's COM application, Form I-360, *Petition for Amerasian, Widow(er) or Special Immigrant* or Form DS-157 Petition, if available
- Evidence submitted in support of the beneficiary's COM application, Form I-360 Petition, or Form DS-157 Petition, if available
- A signed statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment assisting with the U.S. Mission
- Contact information for the employee's supervisor or an individual who can verify employment and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

*To Establish Employment/Volunteer Work Supporting Broader U.S. Objectives*

- Evidence to establish dates and nature of the beneficiary's employment or affiliation with an organization supporting broader U.S. objectives in Afghanistan
- A signed sworn statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment or affiliation with the organization supporting broader U.S. objectives in Afghanistan
- Contact information for the beneficiary's supervisor or an individual who can verify employment or affiliation with the organization supporting broader U.S. objectives and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

**For All Parole Requests**

For most efficient processing, petitioners should ensure USCIS has the most up-to-date contact information for you and the beneficiary, including:

- A local telephone number, physical address, and/or email address for contacting the beneficiary in his/her country of residence, so that the U.S. Embassy or Consulate may contact him/her to schedule an appointment, should the request for parole be approved.
- A copy of the identity page of a current valid passport issued to the beneficiary.

Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document from the original language into English and that the translation is true and accurate to the best of the translator's abilities. **Also, please ensure that the documents you are providing are clear and readable.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | October 20, 2021 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-131, Application for Travel Document | | A063476666 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2299811182 | October 13, 2021 | 1 of 1 |
| | | DATE OF BIRTH |
| | | July 25, 1990 |

MOHAMMAD A. AZIZI
C/O MOHAMMAD ANOOSH AZIZI
3709 BRANDO DRIVE
CERES, CA 95307

**NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $575.00 |
| **Total Amount Received:** | $575.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

U.S. Citizenship and Immigration Services
ATTN: International Operations/HAB
999 North Capitol St, NE
Mail Stop 2295
Washington, DC 20529-2295

**USCIS Contact Center Number:**

(800)375-5283






**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>IOE8063628546 | USCIS Online Account Number<br>047728160318 | Case Type<br>I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date<br>10/13/2021 | Priority Date<br>10/13/2021 | Applicant A063 476 666<br>AZIZI, MOHAMMAD ANOOSH |
| Notice Date<br>07/06/2023 | Page<br>1 of 1 | |

AZIZI, MOHAMMAD ANOOSH
c/o MOHAMMAD A AZIZI
3709 BRANDO DR
CERES CA 95307

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** A2DAA-A625-AC001

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case.
- sign up to receive email notifications and text messages.
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *https://my.uscis.gov/account*
2. Select **"Create a new account"** on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Select **"Add a paper-filed case."**
4. Enter your **"USCIS case receipt number"** and select **"Add case."**
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your **"Date of birth"** in the fields provided.
6. Select **"Confirm case."**

**NOTE: Your Online Access Code will expire 90 days from the notice date listed at the top of this letter. We will continue processing your application regardless of whether you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to request that we reset your access code. If you have questions about how to confirm your USCIS Online Account or to request that we reset your access code, please visit the USCIS Contact Center at uscis.gov/contactcenter.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 17 of 38 Form I-797C, Notice of Action

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>IOE8063628546 | USCIS Online Account Number | Case Type<br>I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date<br>10/13/2021 | Priority Date | Applicant A063 476 666<br>AZIZI, MOHAMMAD ANOOSH |
| Notice Date<br>05/31/2023 | Page<br>1 of 3 | |

AZIZI, MOHAMMAD ANOOSH
c/o MOHAMMAD A AZIZI
3709 BRANDO DR
CERES CA 95307

**Notice Type:** Courtesy Notice

**COURTESY NOTICE OF POLICY CHANGE**

This courtesy notice is intended to notify petitioners of a policy change that may impact your case if you have a pending Form I-131, Application for Travel Document, filed to request parole on behalf of an Afghan national.

When we assess urgent humanitarian and significant public benefit reasons for parole and the exercise of discretion, we weigh all positive and negative factors. For parole requests for Afghan nationals, characteristics that we consider as strong positive factors along with all other positive and negative factors now include (new characteristics highlighted in bold text):

- Immediate family of a U.S. citizen (spouse, unmarried children under 21, or parents);
- Immediate family of a U.S. lawful permanent resident (spouse or unmarried children under 21);
- Locally employed staff of the U.S. Embassy Kabul and their immediate family members (spouse and unmarried children under 21);
- Special Immigrant Visa (SIV) applicants whose applications have received Chief of Mission (COM) approval and immediate family members (spouse and unmarried children under 21) included on their case;
- Immediate relatives of Afghan nationals previously paroled to the United States through Operation Allies Welcome. Immediate relatives include a spouse, unmarried children under 21, and, in the case of unaccompanied children or attached minors, their primary caregiver (including but not limited to a parent or legal guardian), and the spouse and dependent children under 21 of the primary caregiver;
- Individuals referred to USRAP through a P-1 embassy referral or P-2 group designation referral and in imminent risk of refoulement (return) or serious, targeted harm in the country outside Afghanistan where they are located;
- **Extended family members (including, but not limited to, parents, adult children, and siblings and their families) of Afghan nationals who have received COM approval or entered the United States with a SIV; and**
- **Individuals who have assisted the U.S. mission and assert risk of harm but may not be eligible for COM or SIV approval for reasons unrelated to a finding of fraud or other derogatory information (for example, where the applicant was not employed for enough time to qualify for COM or SIV approval).**

**Additionally, we will weigh the significant public benefit and consider parole on a case-by-case basis for individuals who were employed or volunteered in positions supporting the broader U.S. objectives in Afghanistan and who assert risk of harm due to that work.** For further information, see https://www.uscis.gov/humanitarian/humanitarian-parole/information-for-afghan-nationals-on-requests-to-uscis-for-parole, under "Eligibility."

**myUSCIS Online Accounts**

In addition to this Courtesy Notice of Policy Change, all petitioners with a pending Form I-131, Application for Travel Document for an Afghan beneficiary with this office will also receive a USCIS Account Access Notice by mail. This notice provides an Online Access Code and specific instructions on how to confirm your USCIS Online Account. See https://my.uscis.gov/. The following web addresses link to explanations of myUSCIS in Dari (https://youtu.be/1m1nQPFwiX0) and Pashto (https://youtu.be/ndx9SL4LZlA).

***Please note that this unique Online Access Code is only effective for 90 days from issuance.*** If the code is not used within the 90-day period, you will need to request a new code to link your pending Form I-131 application to your myUSCIS online account. Instructions for doing so can be found on the USCIS Account Access Notice. **If you have *already* linked your pending Form I-131 application to your myUSCIS online account, then you do not need to take any action with the Account Access Notice.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 18 of 38 Form I-797C, Notice of Action

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number IOE8063628546 | USCIS Online Account Number | Case Type I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date 10/13/2021 | Priority Date | Applicant A063 476 666 AZIZI, MOHAMMAD ANOOSH |
| Notice Date 05/31/2023 | Page 2 of 3 | |

Once the application has been linked, the myUSCIS online account allows petitioners and their representatives, if applicable, to access case status, upload documents, and view case notices online. In addition, petitioners may elect to upload unsolicited evidence to their applications. This is the most efficient way to provide additional evidence to us.

**Uploading Unsolicited Evidence in myUSCIS**

If you would like to voluntarily provide additional evidence to your case after receiving this notice of policy change regarding eligibility for parole for Afghan nationals, you may do so in your myUSCIS account by adding "Unsolicited Evidence."

After you have used your unique Online Access Code to link your Form I-131, Application for Travel Document to your myUSCIS online account, you may upload unsolicited evidence online. To do so, click on the filing you wish to submit evidence for. Under the "Documents" tab, you will see an option to upload "Unsolicited Evidence." If you upload evidence that we did not request from you, USCIS will consider the timeliness and relevance of this information when making a decision on your case. You can upload no more than five documents at a time. You may repeat this process as many times as needed.

**Relevant Evidence**

The following is a list of relevant evidence that may be submitted to demonstrate the new characteristics we consider as strong positive factors for Afghan nationals, as highlighted above. The list of evidence below is not exhaustive, though it is generally the type of evidence that may be helpful to support these types of parole requests. **Submission of the evidence described below does not guarantee approval of your parole request, and failure to submit this evidence does not mean that your request will be denied.** In addition to including the relevant evidence below, each petitioner should carefully consider the specific reasons they are requesting parole and submit any other evidence they believe would support their case. Parole is discretionary and we take all the circumstances of each case and supporting evidence into account. For additional guidance on evidence for parole requests, please visit our website at https://www.uscis.gov/humanitarian/humanitarian-parole/guidance-on-evidence-for-certain-types-of-humanitarian-or-significant-public-benefit-parole-requests.

*To Establish Relationship to an Afghan National with COM Approval or a SIV*

- Civil documents to establish the relationship between the beneficiary and the relative with COM Approval/SIV, for example:
  - A copy of Tazkera (National Identity Document) for the beneficiary;
  - A copy of Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where beneficiary was born that lists the name(s) of the beneficiary's parent(s);
  - Other government records for beneficiary listing the name(s) of the beneficiary's parent(s);
  - Religious, medical, or school records for beneficiary listing the name(s) of the beneficiary's parent(s);
- If you are an extended family member (including, but not limited to, parents, adult children, and siblings and their families) of an Afghan national who has received COM approval or entered the United States with a SIV but do not have any of the evidence described above, you may also submit a signed sworn statement explaining why you are unable to obtain the types of evidence described above, along with the following:
  - Affidavits (**signed** sworn statements) from two or more individuals who are not parties to the parole request and who have direct personal knowledge of relationship between beneficiary and SIV holder;

    The most persuasive statements will include:

    - The full name and address of the affiant;
    - The date and place of birth of the affiant;
    - The relationship between the affiant and the parties to the parole request;
    - Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and
    - Complete details concerning how the affiant acquired knowledge of the event(s);

  - Any other evidence you feel establishes the relationship.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 19 of 38 Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>IOE8063628546 | USCIS Online Account Number | Case Type<br>I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date<br>10/13/2021 | Priority Date | Applicant A063 476 666<br>AZIZI, MOHAMMAD ANOOSH |
| Notice Date<br>05/31/2023 | Page<br>3 of 3 | |

Evidence from the time period of the event(s) in question is the most reliable and persuasive form of evidence for establishing the claimed relationship. The most persuasive evidence will include:

- The names of all relevant parties (e.g., parent, child);
- Dates and locations of the event(s) forming the claimed relationship (birth, marriage, etc.); and
- Stamp, seal, signature of issuing official, authorized personnel, etc

*To Establish Assistance to the U.S. Mission When Ineligible for a SIV*

- The decision notice/letter responding to the beneficiary's COM application, Form I-360, *Petition for Amerasian, Widow(er) or Special Immigrant* or Form DS-157 Petition, if available
- Evidence submitted in support of the beneficiary's COM application, Form I-360 Petition, or Form DS-157 Petition, if available
- A signed statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment assisting with the U.S. Mission
- Contact information for the employee's supervisor or an individual who can verify employment and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

*To Establish Employment/Volunteer Work Supporting Broader U.S. Objectives*

- Evidence to establish dates and nature of the beneficiary's employment or affiliation with an organization supporting broader U.S. objectives in Afghanistan
- A signed sworn statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment or affiliation with the organization supporting broader U.S. objectives in Afghanistan
- Contact information for the beneficiary's supervisor or an individual who can verify employment or affiliation with the organization supporting broader U.S. objectives and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

**For All Parole Requests**

For most efficient processing, petitioners should ensure USCIS has the most up-to-date contact information for you and the beneficiary, including:

- A local telephone number, physical address, and/or email address for contacting the beneficiary in his/her country of residence, so that the U.S. Embassy or Consulate may contact him/her to schedule an appointment, should the request for parole be approved.
- A copy of the identity page of a current valid passport issued to the beneficiary.

Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document from the original language into English and that the translation is true and accurate to the best of the translator's abilities. **Also, please ensure that the documents you are providing are clear and readable.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21

# EXHIBIT C



| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9408663855 | | I131 - APPLICATION FOR TRAVEL DOCUMENT |
| Received Date<br>12/16/2023 | Priority Date | Applicant A063 476 666<br>AZIZI, MOHAMMAD ANOOSH |
| Notice Date<br>01/04/2024 | Page<br>1 of 1 | |

AZIZI, MOHAMMAD ANOOSH
c/o MOHAMMAD ANOOSH AZIZI
3709 BRANDO DR
CERES CA 95307-6703

**Notice Type:** Receipt Notice

**Receipt of Request for Parole**

This responds to your application for a favorable exercise of parole authority by the Secretary of the Department of Homeland Security (DHS) under INA§212d(5) on behalf of:

Beneficiary's Name: ASAYESH AZIZI
Date of Birth: 12/23/2022
Place of Birth: Afghanistan
A Number: A233 583 142

If you filed your parole request after August 31, 2021, you are receiving this notice because your case has been moved into a new USCIS system for more efficient processing.

All humanitarian parole requests are reviewed by our office to determine the urgency of the request. Although we are unable to respond to individual requests to expedite a case, please be assured that we consider all evidence submitted to determine whether a case should be expedited.

Please note that it usually takes 90 to 120 days from the date of this receipt for us to process your application. However, USCIS is currently receiving an extremely high number of requests for parole. While we try to process all requests for parole quickly and efficiently, you should expect processing might take more than 90 days. We are reviewing your application and will respond to you in writing when we have reached a decision on your case or if we need additional information before we can reach a decision on your case.

**Note:** If your parole request was filed while the beneficiary named above was located in Afghanistan and the beneficiary has relocated outside of Afghanistan, please notify USCIS immediately by sending an email to HPNotifications@uscis.dhs.gov with the subject line "Beneficiary Relocated Outside of Afghanistan" and the USCIS Receipt Number. You must include the beneficiary's updated contact information in the email.

If you have other questions, please visit our web site at uscis.gov/contactcenter.

Sincerely,

JOHN W. BIRD
Chief, Humanitarian Affairs Branch

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

RAIO Humanitarian Affairs Branch (HAB)
U.S. CITIZENSHIP & IMMIGRATION SVC
999 North Capitol St., NE, Mailstop 2295
Washington, DC 20529-2295
**Fax:** 202-245-1908 **Email:** HumanitarianParole@uscis.dhs.gov

**USCIS Contact Center: www.uscis.gov/contactcenter**







| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE9820655176 | | I131 - APPLICATION FOR TRAVEL DOCUMENT |
| Received Date<br>12/14/2023 | Priority Date | Applicant A063 476 666<br>AZIZI, MOHAMMAD ANOOSH |
| Notice Date<br>01/04/2024 | Page<br>1 of 1 | |

AZIZI, MOHAMMAD ANOOSH
c/o MOHAMMAD ANOOSH AZIZI
3709 BRANDO DR
CERES CA 95307-6703

**Notice Type:** Receipt Notice

**Receipt of Request for Parole**

This responds to your application for a favorable exercise of parole authority by the Secretary of the Department of Homeland Security (DHS) under INA§212d(5) on behalf of:

Beneficiary's Name: SHAHRAM MOHAMMAD AZIZI
Date of Birth: 10/29/2021
Place of Birth: Afghanistan
A Number: A233 563 921

If you filed your parole request after August 31, 2021, you are receiving this notice because your case has been moved into a new USCIS system for more efficient processing.

All humanitarian parole requests are reviewed by our office to determine the urgency of the request. Although we are unable to respond to individual requests to expedite a case, please be assured that we consider all evidence submitted to determine whether a case should be expedited.

Please note that it usually takes 90 to 120 days from the date of this receipt for us to process your application. However, USCIS is currently receiving an extremely high number of requests for parole. While we try to process all requests for parole quickly and efficiently, you should expect processing might take more than 90 days. We are reviewing your application and will respond to you in writing when we have reached a decision on your case or if we need additional information before we can reach a decision on your case.

**Note:** If your parole request was filed while the beneficiary named above was located in Afghanistan and the beneficiary has relocated outside of Afghanistan, please notify USCIS immediately by sending an email to HPNotifications@uscis.dhs.gov with the subject line "Beneficiary Relocated Outside of Afghanistan" and the USCIS Receipt Number. You must include the beneficiary's updated contact information in the email.

If you have other questions, please visit our web site at uscis.gov/contactcenter.

Sincerely,

JOHN W. BIRD
Chief, Humanitarian Affairs Branch

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

RAIO Humanitarian Affairs Branch (HAB)
U.S. CITIZENSHIP & IMMIGRATION SVC
999 North Capitol St., NE, Mailstop 2295
Washington, DC 20529-2295
**Fax:** 202-245-1908 **Email:** HumanitarianParole@uscis.dhs.gov

**USCIS Contact Center: www.uscis.gov/contactcenter**



# EXHIBIT D

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | October 13, 2021 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-131, Application for Travel Document | | A063476667 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2299804583 | October 08, 2021 | 1 of 1 |
| | | DATE OF BIRTH |
| | | December 27, 1994 |

SORAYA A. AZIZI
C/O SORAYA AZIZI
3709 BRANDO DRIVE
CERES, CA 95307

NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $575.00 |
| Total Amount Received: | $575.00 |
| Total Balance Due: | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

U.S. Citizenship and Immigration Services
ATTN: International Operations/HAB
999 North Capitol St. NE
Mail Stop 2295
Washington, DC 20529-2295

**USCIS Contact Center Number:**

(800)375-5283

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 25 of 38 Form I-797C, Notice of Action

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number<br>IOE8362124222 | USCIS Online Account Number | Case Type<br>I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date<br>10/08/2021 | Priority Date | Applicant A063 476 667<br>AZIZI, SORAYA ANOOSH |
| Notice Date<br>05/31/2023 | Page<br>1 of 3 | |

AZIZI, SORAYA ANOOSH
c/o SORAYA AZIZI
3709 BRANDO DR
CERES CA 95307-6703

**Notice Type:** Courtesy Notice

**COURTESY NOTICE OF POLICY CHANGE**

This courtesy notice is intended to notify petitioners of a policy change that may impact your case if you have a pending Form I-131, Application for Travel Document, filed to request parole on behalf of an Afghan national.

When we assess urgent humanitarian and significant public benefit reasons for parole and the exercise of discretion, we weigh all positive and negative factors. For parole requests for Afghan nationals, characteristics that we consider as strong positive factors along with all other positive and negative factors now include (new characteristics highlighted in bold text):

- Immediate family of a U.S. citizen (spouse, unmarried children under 21, or parents);
- Immediate family of a U.S. lawful permanent resident (spouse or unmarried children under 21);
- Locally employed staff of the U.S. Embassy Kabul and their immediate family members (spouse and unmarried children under 21);
- Special Immigrant Visa (SIV) applicants whose applications have received Chief of Mission (COM) approval and immediate family members (spouse and unmarried children under 21) included on their case;
- Immediate relatives of Afghan nationals previously paroled to the United States through Operation Allies Welcome. Immediate relatives include a spouse, unmarried children under 21, and, in the case of unaccompanied children or attached minors, their primary caregiver (including but not limited to a parent or legal guardian), and the spouse and dependent children under 21 of the primary caregiver;
- Individuals referred to USRAP through a P-1 embassy referral or P-2 group designation referral and in imminent risk of refoulement (return) or serious, targeted harm in the country outside Afghanistan where they are located;
- **Extended family members (including, but not limited to, parents, adult children, and siblings and their families) of Afghan nationals who have received COM approval or entered the United States with a SIV; and**
- **Individuals who have assisted the U.S. mission and assert risk of harm but may not be eligible for COM or SIV approval for reasons unrelated to a finding of fraud or other derogatory information (for example, where the applicant was not employed for enough time to qualify for COM or SIV approval).**

**Additionally, we will weigh the significant public benefit and consider parole on a case-by-case basis for individuals who were employed or volunteered in positions supporting the broader U.S. objectives in Afghanistan and who assert risk of harm due to that work.** For further information, see https://www.uscis.gov/humanitarian/humanitarian-parole/information-for-afghan-nationals-on-requests-to-uscis-for-parole, under "Eligibility."

**myUSCIS Online Accounts**

In addition to this Courtesy Notice of Policy Change, all petitioners with a pending Form I-131, Application for Travel Document for an Afghan beneficiary with this office will also receive a USCIS Account Access Notice by mail. This notice provides an Online Access Code and specific instructions on how to confirm your USCIS Online Account. See https://my.uscis.gov/. The following web addresses link to explanations of myUSCIS in Dari (https://youtu.be/1m1nQPFwiX0) and Pashto (https://youtu.be/ndx9SL4LZlA).

***Please note that this unique Online Access Code is only effective for 90 days from issuance.*** If the code is not used within the 90-day period, you will need to request a new code to link your pending Form I-131 application to your myUSCIS online account. Instructions for doing so can be found on the USCIS Account Access Notice. **If you have *already* linked your pending Form I-131 application to your myUSCIS online account, then you do not need to take any action with the Account Access Notice.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 26 of 38

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number IOE8362124222 | USCIS Online Account Number | Case Type I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date 10/08/2021 | Priority Date | Applicant A063 476 667 AZIZI, SORAYA ANOOSH |
| Notice Date 05/31/2023 | Page 2 of 3 | |

Once the application has been linked, the myUSCIS online account allows petitioners and their representatives, if applicable, to access case status, upload documents, and view case notices online. In addition, petitioners may elect to upload unsolicited evidence to their applications. This is the most efficient way to provide additional evidence to us.

**Uploading Unsolicited Evidence in myUSCIS**

If you would like to voluntarily provide additional evidence to your case after receiving this notice of policy change regarding eligibility for parole for Afghan nationals, you may do so in your myUSCIS account by adding "Unsolicited Evidence."

After you have used your unique Online Access Code to link your Form I-131, Application for Travel Document to your myUSCIS online account, you may upload unsolicited evidence online. To do so, click on the filing you wish to submit evidence for. Under the "Documents" tab, you will see an option to upload "Unsolicited Evidence." If you upload evidence that we did not request from you, USCIS will consider the timeliness and relevance of this information when making a decision on your case. You can upload no more than five documents at a time. You may repeat this process as many times as needed.

**Relevant Evidence**

The following is a list of relevant evidence that may be submitted to demonstrate the new characteristics we consider as strong positive factors for Afghan nationals, as highlighted above. The list of evidence below is not exhaustive, though it is generally the type of evidence that may be helpful to support these types of parole requests. **Submission of the evidence described below does not guarantee approval of your parole request, and failure to submit this evidence does not mean that your request will be denied.** In addition to including the relevant evidence below, each petitioner should carefully consider the specific reasons they are requesting parole and submit any other evidence they believe would support their case. Parole is discretionary and we take all the circumstances of each case and supporting evidence into account. For additional guidance on evidence for parole requests, please visit our website at https://www.uscis.gov/humanitarian/humanitarian-parole/guidance-on-evidence-for-certain-types-of-humanitarian-or-significant-public-benefit-parole-requests.

*To Establish Relationship to an Afghan National with COM Approval or a SIV*

- Civil documents to establish the relationship between the beneficiary and the relative with COM Approval/SIV, for example:
  - A copy of Tazkera (National Identity Document) for the beneficiary;
  - A copy of Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where beneficiary was born that lists the name(s) of the beneficiary's parent(s);
  - Other government records for beneficiary listing the name(s) of the beneficiary's parent(s);
  - Religious, medical, or school records for beneficiary listing the name(s) of the beneficiary's parent(s);
- If you are an extended family member (including, but not limited to, parents, adult children, and siblings and their families) of an Afghan national who has received COM approval or entered the United States with a SIV but do not have any of the evidence described above, you may also submit a signed sworn statement explaining why you are unable to obtain the types of evidence described above, along with the following:
  - Affidavits (**signed** sworn statements) from two or more individuals who are not parties to the parole request and who have direct personal knowledge of relationship between beneficiary and SIV holder;

    The most persuasive statements will include:

    - The full name and address of the affiant;
    - The date and place of birth of the affiant;
    - The relationship between the affiant and the parties to the parole request;
    - Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and
    - Complete details concerning how the affiant acquired knowledge of the event(s);

  - Any other evidence you feel establishes the relationship.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St.. NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 27 of 38 Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>IOE8362124222 | USCIS Online Account Number | Case Type<br>I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date<br>10/08/2021 | Priority Date | Applicant A063 476 667<br>AZIZI, SORAYA ANOOSH |
| Notice Date<br>05/31/2023 | Page<br>3 of 3 | |

Evidence from the time period of the event(s) in question is the most reliable and persuasive form of evidence for establishing the claimed relationship. The most persuasive evidence will include:

- The names of all relevant parties (e.g., parent, child);
- Dates and locations of the event(s) forming the claimed relationship (birth, marriage, etc.); and
- Stamp, seal, signature of issuing official, authorized personnel, etc

*To Establish Assistance to the U.S. Mission When Ineligible for a SIV*

- The decision notice/letter responding to the beneficiary's COM application, Form I-360, *Petition for Amerasian, Widow(er) or Special Immigrant* or Form DS-157 Petition, if available
- Evidence submitted in support of the beneficiary's COM application, Form I-360 Petition, or Form DS-157 Petition, if available
- A signed statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment assisting with the U.S. Mission
- Contact information for the employee's supervisor or an individual who can verify employment and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

*To Establish Employment/Volunteer Work Supporting Broader U.S. Objectives*

- Evidence to establish dates and nature of the beneficiary's employment or affiliation with an organization supporting broader U.S. objectives in Afghanistan
- A signed sworn statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment or affiliation with the organization supporting broader U.S. objectives in Afghanistan
- Contact information for the beneficiary's supervisor or an individual who can verify employment or affiliation with the organization supporting broader U.S. objectives and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

**For All Parole Requests**

For most efficient processing, petitioners should ensure USCIS has the most up-to-date contact information for you and the beneficiary, including:

- A local telephone number, physical address, and/or email address for contacting the beneficiary in his/her country of residence, so that the U.S. Embassy or Consulate may contact him/her to schedule an appointment, should the request for parole be approved.
- A copy of the identity page of a current valid passport issued to the beneficiary.

Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document from the original language into English and that the translation is true and accurate to the best of the translator's abilities. **Also, please ensure that the documents you are providing are clear and readable.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | October 13, 2021 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-131, Application for Travel Document | | A063476667 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2299804584 | October 08, 2021 | 1 of 1 |
| | | DATE OF BIRTH |
| | | December 27, 1994 |

SORAYA A. AZIZI
C/O SORAYA AZIZI
3709 BRANDO DRIVE
CERES, CA 95307

**NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $575.00 |
| **Total Amount Received:** | $575.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

U.S. Citizenship and Immigration Services
ATTN: International Operations/HAB
999 North Capitol St, NE
Mail Stop 2295
Washington, DC 20529-2295

**USCIS Contact Center Number:**

(800)375-5283

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 29 of 38 Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>IOE8438302748 | USCIS Online Account Number | Case Type<br>I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date<br>10/08/2021 | Priority Date | Applicant A063 476 667<br>AZIZI, SORAYA ANOOSH |
| Notice Date<br>05/31/2023 | Page<br>1 of 3 | |

AZIZI, SORAYA ANOOSH
c/o SORAYA AZIZI
3709 BRANDO DR
CERES CA 95307-6703

**Notice Type:** Courtesy Notice

**COURTESY NOTICE OF POLICY CHANGE**

This courtesy notice is intended to notify petitioners of a policy change that may impact your case if you have a pending Form I-131, Application for Travel Document, filed to request parole on behalf of an Afghan national.

When we assess urgent humanitarian and significant public benefit reasons for parole and the exercise of discretion, we weigh all positive and negative factors. For parole requests for Afghan nationals, characteristics that we consider as strong positive factors along with all other positive and negative factors now include (new characteristics highlighted in bold text):

- Immediate family of a U.S. citizen (spouse, unmarried children under 21, or parents);
- Immediate family of a U.S. lawful permanent resident (spouse or unmarried children under 21);
- Locally employed staff of the U.S. Embassy Kabul and their immediate family members (spouse and unmarried children under 21);
- Special Immigrant Visa (SIV) applicants whose applications have received Chief of Mission (COM) approval and immediate family members (spouse and unmarried children under 21) included on their case;
- Immediate relatives of Afghan nationals previously paroled to the United States through Operation Allies Welcome. Immediate relatives include a spouse, unmarried children under 21, and, in the case of unaccompanied children or attached minors, their primary caregiver (including but not limited to a parent or legal guardian), and the spouse and dependent children under 21 of the primary caregiver;
- Individuals referred to USRAP through a P-1 embassy referral or P-2 group designation referral and in imminent risk of refoulement (return) or serious, targeted harm in the country outside Afghanistan where they are located;
- **Extended family members (including, but not limited to, parents, adult children, and siblings and their families) of Afghan nationals who have received COM approval or entered the United States with a SIV; and**
- **Individuals who have assisted the U.S. mission and assert risk of harm but may not be eligible for COM or SIV approval for reasons unrelated to a finding of fraud or other derogatory information (for example, where the applicant was not employed for enough time to qualify for COM or SIV approval).**

**Additionally, we will weigh the significant public benefit and consider parole on a case-by-case basis for individuals who were employed or volunteered in positions supporting the broader U.S. objectives in Afghanistan and who assert risk of harm due to that work.** For further information, see https://www.uscis.gov/humanitarian/humanitarian-parole/information-for-afghan-nationals-on-requests-to-uscis-for-parole, under "Eligibility."

**myUSCIS Online Accounts**

In addition to this Courtesy Notice of Policy Change, all petitioners with a pending Form I-131, Application for Travel Document for an Afghan beneficiary with this office will also receive a USCIS Account Access Notice by mail. This notice provides an Online Access Code and specific instructions on how to confirm your USCIS Online Account. See https://my.uscis.gov/. The following web addresses link to explanations of myUSCIS in Dari (https://youtu.be/1m1nQPFwiX0) and Pashto (https://youtu.be/ndx9SL4LZlA).

***Please note that this unique Online Access Code is only effective for 90 days from issuance.*** If the code is not used within the 90-day period, you will need to request a new code to link your pending Form I-131 application to your myUSCIS online account. Instructions for doing so can be found on the USCIS Account Access Notice. **If you have *already* linked your pending Form I-131 application to your myUSCIS online account, then you do not need to take any action with the Account Access Notice.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21



Department of Homeland Security
U.S. Citizenship and Immigration Services Case 2:24-cv-02959-JDP Document 1-2 Filed 10/28/24 Page 30 of 38 Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>IOE8438302748 | USCIS Online Account Number | Case Type<br>I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date<br>10/08/2021 | Priority Date | Applicant A063 476 667<br>AZIZI, SORAYA ANOOSH |
| Notice Date<br>05/31/2023 | Page<br>2 of 3 | |

Once the application has been linked, the myUSCIS online account allows petitioners and their representatives, if applicable, to access case status, upload documents, and view case notices online. In addition, petitioners may elect to upload unsolicited evidence to their applications. This is the most efficient way to provide additional evidence to us.

**Uploading Unsolicited Evidence in myUSCIS**

If you would like to voluntarily provide additional evidence to your case after receiving this notice of policy change regarding eligibility for parole for Afghan nationals, you may do so in your myUSCIS account by adding "Unsolicited Evidence."

After you have used your unique Online Access Code to link your Form I-131, Application for Travel Document to your myUSCIS online account, you may upload unsolicited evidence online. To do so, click on the filing you wish to submit evidence for. Under the "Documents" tab, you will see an option to upload "Unsolicited Evidence." If you upload evidence that we did not request from you, USCIS will consider the timeliness and relevance of this information when making a decision on your case. You can upload no more than five documents at a time. You may repeat this process as many times as needed.

**Relevant Evidence**

The following is a list of relevant evidence that may be submitted to demonstrate the new characteristics we consider as strong positive factors for Afghan nationals, as highlighted above. The list of evidence below is not exhaustive, though it is generally the type of evidence that may be helpful to support these types of parole requests. **Submission of the evidence described below does not guarantee approval of your parole request, and failure to submit this evidence does not mean that your request will be denied.** In addition to including the relevant evidence below, each petitioner should carefully consider the specific reasons they are requesting parole and submit any other evidence they believe would support their case. Parole is discretionary and we take all the circumstances of each case and supporting evidence into account. For additional guidance on evidence for parole requests, please visit our website at https://www.uscis.gov/humanitarian/humanitarian-parole/guidance-on-evidence-for-certain-types-of-humanitarian-or-significant-public-benefit-parole-requests.

*To Establish Relationship to an Afghan National with COM Approval or a SIV*

- Civil documents to establish the relationship between the beneficiary and the relative with COM Approval/SIV, for example:
  - A copy of Tazkera (National Identity Document) for the beneficiary;
  - A copy of Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where beneficiary was born that lists the name(s) of the beneficiary's parent(s);
  - Other government records for beneficiary listing the name(s) of the beneficiary's parent(s);
  - Religious, medical, or school records for beneficiary listing the name(s) of the beneficiary's parent(s);
- If you are an extended family member (including, but not limited to, parents, adult children, and siblings and their families) of an Afghan national who has received COM approval or entered the United States with a SIV but do not have any of the evidence described above, you may also submit a signed sworn statement explaining why you are unable to obtain the types of evidence described above, along with the following:
  - Affidavits (**signed** sworn statements) from two or more individuals who are not parties to the parole request and who have direct personal knowledge of relationship between beneficiary and SIV holder;

    The most persuasive statements will include:

    - The full name and address of the affiant;
    - The date and place of birth of the affiant;
    - The relationship between the affiant and the parties to the parole request;
    - Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and
    - Complete details concerning how the affiant acquired knowledge of the event(s);

  - Any other evidence you feel establishes the relationship.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 10/13/21



**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>IOE8438302748 | USCIS Online Account Number | Case Type<br>I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date<br>10/08/2021 | Priority Date | Applicant A063 476 667<br>AZIZI, SORAYA ANOOSH |
| Notice Date<br>05/31/2023 | Page<br>3 of 3 | |

Evidence from the time period of the event(s) in question is the most reliable and persuasive form of evidence for establishing the claimed relationship. The most persuasive evidence will include:

- The names of all relevant parties (e.g., parent, child);
- Dates and locations of the event(s) forming the claimed relationship (birth, marriage, etc.); and
- Stamp, seal, signature of issuing official, authorized personnel, etc

*To Establish Assistance to the U.S. Mission When Ineligible for a SIV*

- The decision notice/letter responding to the beneficiary's COM application, Form I-360, *Petition for Amerasian, Widow(er) or Special Immigrant* or Form DS-157 Petition, if available
- Evidence submitted in support of the beneficiary's COM application, Form I-360 Petition, or Form DS-157 Petition, if available
- A signed statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment assisting with the U.S. Mission
- Contact information for the employee's supervisor or an individual who can verify employment and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

*To Establish Employment/Volunteer Work Supporting Broader U.S. Objectives*

- Evidence to establish dates and nature of the beneficiary's employment or affiliation with an organization supporting broader U.S. objectives in Afghanistan
- A signed sworn statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment or affiliation with the organization supporting broader U.S. objectives in Afghanistan
- Contact information for the beneficiary's supervisor or an individual who can verify employment or affiliation with the organization supporting broader U.S. objectives and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

**For All Parole Requests**

For most efficient processing, petitioners should ensure USCIS has the most up-to-date contact information for you and the beneficiary, including:

- A local telephone number, physical address, and/or email address for contacting the beneficiary in his/her country of residence, so that the U.S. Embassy or Consulate may contact him/her to schedule an appointment, should the request for parole be approved.
- A copy of the identity page of a current valid passport issued to the beneficiary.

Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document from the original language into English and that the translation is true and accurate to the best of the translator's abilities. **Also, please ensure that the documents you are providing are clear and readable.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | October 13, 2021 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-131, Application for Travel Document | | A063476667 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| MSC2299804585 | October 08, 2021 | 1 of 1 |
| | | DATE OF BIRTH |
| | | December 27, 1994 |

SORAYA A. AZIZI
C/O SORAYA AZIZI
3709 BRANDO DRIVE
CERES, CA 95307

**NAME AND MAILING ADDRESS**

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $575.00 |
| **Total Amount Received:** | $575.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

U.S. Citizenship and Immigration Services
ATTN: International Operations/HAB
999 North Capitol St, NE
Mail Stop 2295
Washington, DC 20529-2295

**USCIS Contact Center Number:**

(800)375-5283

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 04/01/19







**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE8813017532 | 042663642236 | I131 - APPLICATION FOR TRAVEL DOCUMENT |
| **Received Date** 10/08/2021 | **Priority Date** 10/08/2021 | **Applicant** A063 476 667 AZIZI, SORAYA ANOOSH |
| **Notice Date** 07/06/2023 | **Page** 1 of 1 | |

AZIZI, SORAYA ANOOSH
c/o SORAYA AZIZI
3709 BRANDO DR
CERES CA 95307-6703

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** 6B9C3-3E25-2FDEC

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case.
- sign up to receive email notifications and text messages.
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *https://my.uscis.gov/account*
2. Select **"Create a new account"** on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Select **"Add a paper-filed case."**
4. Enter your **"USCIS case receipt number"** and select **"Add case."**
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your **"Date of birth"** in the fields provided.
6. Select **"Confirm case."**

**NOTE: Your Online Access Code will expire 90 days from the notice date listed at the top of this letter. We will continue processing your application regardless of whether you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to request that we reset your access code. If you have questions about how to confirm your USCIS Online Account or to request that we reset your access code, please visit the USCIS Contact Center at uscis.gov/contactcenter.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**



**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE8813017532 | | I131 - APPLICATION FOR TRAVEL DOCUMENT |
| **Received Date** 10/08/2021 | **Priority Date** | **Applicant** A063 476 667 AZIZI, SORAYA ANOOSH |
| **Notice Date** 06/01/2023 | **Page** 1 of 3 | |

AZIZI, SORAYA ANOOSH
c/o SORAYA AZIZI
3709 BRANDO DR
CERES CA 95307-6703

**Notice Type:** Courtesy Notice

**COURTESY NOTICE OF POLICY CHANGE**

This courtesy notice is intended to notify petitioners of a policy change that may impact your case if you have a pending Form I-131, Application for Travel Document, filed to request parole on behalf of an Afghan national.

When we assess urgent humanitarian and significant public benefit reasons for parole and the exercise of discretion, we weigh all positive and negative factors. For parole requests for Afghan nationals, characteristics that we consider as strong positive factors along with all other positive and negative factors now include (new characteristics highlighted in bold text):

- Immediate family of a U.S. citizen (spouse, unmarried children under 21, or parents);
- Immediate family of a U.S. lawful permanent resident (spouse or unmarried children under 21);
- Locally employed staff of the U.S. Embassy Kabul and their immediate family members (spouse and unmarried children under 21);
- Special Immigrant Visa (SIV) applicants whose applications have received Chief of Mission (COM) approval and immediate family members (spouse and unmarried children under 21) included on their case;
- Immediate relatives of Afghan nationals previously paroled to the United States through Operation Allies Welcome. Immediate relatives include a spouse, unmarried children under 21, and, in the case of unaccompanied children or attached minors, their primary caregiver (including but not limited to a parent or legal guardian), and the spouse and dependent children under 21 of the primary caregiver;
- Individuals referred to USRAP through a P-1 embassy referral or P-2 group designation referral and in imminent risk of refoulement (return) or serious, targeted harm in the country outside Afghanistan where they are located;
- **Extended family members (including, but not limited to, parents, adult children, and siblings and their families) of Afghan nationals who have received COM approval or entered the United States with a SIV; and**
- **Individuals who have assisted the U.S. mission and assert risk of harm but may not be eligible for COM or SIV approval for reasons unrelated to a finding of fraud or other derogatory information (for example, where the applicant was not employed for enough time to qualify for COM or SIV approval).**

**Additionally, we will weigh the significant public benefit and consider parole on a case-by-case basis for individuals who were employed or volunteered in positions supporting the broader U.S. objectives in Afghanistan and who assert risk of harm due to that work.** For further information, see https://www.uscis.gov/humanitarian/humanitarian-parole/information-for-afghan-nationals-on-requests-to-uscis-for-parole, under "Eligibility."

**myUSCIS Online Accounts**

In addition to this Courtesy Notice of Policy Change, all petitioners with a pending Form I-131, Application for Travel Document for an Afghan beneficiary with this office will also receive a USCIS Account Access Notice by mail. This notice provides an Online Access Code and specific instructions on how to confirm your USCIS Online Account. See https://my.uscis.gov/. The following web addresses link to explanations of myUSCIS in Dari (https://youtu.be/1m1nQPFwiX0) and Pashto (https://youtu.be/ndx9SL4LZlA).

***Please note that this unique Online Access Code is only effective for 90 days from issuance.*** If the code is not used within the 90-day period, you will need to request a new code to link your pending Form I-131 application to your myUSCIS online account. Instructions for doing so can be found on the USCIS Account Access Notice. **If you have *already* linked your pending Form I-131 application to your myUSCIS online account, then you do not need to take any action with the Account Access Notice.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE8813017532 | | I131 - APPLICATION FOR TRAVEL DOCUMENT |
| **Received Date** 10/08/2021 | **Priority Date** | **Applicant** A063 476 667 AZIZI, SORAYA ANOOSH |
| **Notice Date** 06/01/2023 | **Page** 2 of 3 | |

Once the application has been linked, the myUSCIS online account allows petitioners and their representatives, if applicable, to access case status, upload documents, and view case notices online. In addition, petitioners may elect to upload unsolicited evidence to their applications. This is the most efficient way to provide additional evidence to us.

**Uploading Unsolicited Evidence in myUSCIS**

If you would like to voluntarily provide additional evidence to your case after receiving this notice of policy change regarding eligibility for parole for Afghan nationals, you may do so in your myUSCIS account by adding "Unsolicited Evidence."

After you have used your unique Online Access Code to link your Form I-131, Application for Travel Document to your myUSCIS online account, you may upload unsolicited evidence online. To do so, click on the filing you wish to submit evidence for. Under the "Documents" tab, you will see an option to upload "Unsolicited Evidence." If you upload evidence that we did not request from you, USCIS will consider the timeliness and relevance of this information when making a decision on your case. You can upload no more than five documents at a time. You may repeat this process as many times as needed.

**Relevant Evidence**

The following is a list of relevant evidence that may be submitted to demonstrate the new characteristics we consider as strong positive factors for Afghan nationals, as highlighted above. The list of evidence below is not exhaustive, though it is generally the type of evidence that may be helpful to support these types of parole requests. **Submission of the evidence described below does not guarantee approval of your parole request, and failure to submit this evidence does not mean that your request will be denied.** In addition to including the relevant evidence below, each petitioner should carefully consider the specific reasons they are requesting parole and submit any other evidence they believe would support their case. Parole is discretionary and we take all the circumstances of each case and supporting evidence into account. For additional guidance on evidence for parole requests, please visit our website at https://www.uscis.gov/humanitarian/humanitarian-parole/guidance-on-evidence-for-certain-types-of-humanitarian-or-significant-public-benefit-parole-requests.

*To Establish Relationship to an Afghan National with COM Approval or a SIV*

- Civil documents to establish the relationship between the beneficiary and the relative with COM Approval/SIV, for example:
  - A copy of Tazkera (National Identity Document) for the beneficiary;
  - A copy of Kart Tawalod (Da Zokry Sanad) card(s) issued by the hospital where beneficiary was born that lists the name(s) of the beneficiary's parent(s);
  - Other government records for beneficiary listing the name(s) of the beneficiary's parent(s);
  - Religious, medical, or school records for beneficiary listing the name(s) of the beneficiary's parent(s);
- If you are an extended family member (including, but not limited to, parents, adult children, and siblings and their families) of an Afghan national who has received COM approval or entered the United States with a SIV but do not have any of the evidence described above, you may also submit a signed sworn statement explaining why you are unable to obtain the types of evidence described above, along with the following:
  - Affidavits (**signed** sworn statements) from two or more individuals who are not parties to the parole request and who have direct personal knowledge of relationship between beneficiary and SIV holder;

    The most persuasive statements will include:

    - The full name and address of the affiant;
    - The date and place of birth of the affiant;
    - The relationship between the affiant and the parties to the parole request;
    - Full information regarding the event(s) creating the relationship; for example, the date and place of the birth of the child (including both parents' names), the date and place of marriage, divorce, death, etc.; and
    - Complete details concerning how the affiant acquired knowledge of the event(s);

  - Any other evidence you feel establishes the relationship.

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**



**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number<br>IOE8813017532 | USCIS Online Account Number | Case Type<br>I131 - APPLICATION FOR TRAVEL DOCUMENT |
|---|---|---|
| Received Date<br>10/08/2021 | Priority Date | Applicant A063 476 667<br>AZIZI, SORAYA ANOOSH |
| Notice Date<br>06/01/2023 | Page<br>3 of 3 | |

Evidence from the time period of the event(s) in question is the most reliable and persuasive form of evidence for establishing the claimed relationship. The most persuasive evidence will include:

- The names of all relevant parties (e.g., parent, child);
- Dates and locations of the event(s) forming the claimed relationship (birth, marriage, etc.); and
- Stamp, seal, signature of issuing official, authorized personnel, etc

*To Establish Assistance to the U.S. Mission When Ineligible for a SIV*

- The decision notice/letter responding to the beneficiary's COM application, Form I-360, *Petition for Amerasian, Widow(er) or Special Immigrant* or Form DS-157 Petition, if available
- Evidence submitted in support of the beneficiary's COM application, Form I-360 Petition, or Form DS-157 Petition, if available
- A signed statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment assisting with the U.S. Mission
- Contact information for the employee's supervisor or an individual who can verify employment and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

*To Establish Employment/Volunteer Work Supporting Broader U.S. Objectives*

- Evidence to establish dates and nature of the beneficiary's employment or affiliation with an organization supporting broader U.S. objectives in Afghanistan
- A signed sworn statement from the beneficiary or other individual(s) with first-hand knowledge of the beneficiary's work explaining the risk of harm, if any, the beneficiary faces because of employment or affiliation with the organization supporting broader U.S. objectives in Afghanistan
- Contact information for the beneficiary's supervisor or an individual who can verify employment or affiliation with the organization supporting broader U.S. objectives and signed, written permission to contact that individual to verify employment or affiliation may assist USCIS in adjudication of your parole request.

**For All Parole Requests**

For most efficient processing, petitioners should ensure USCIS has the most up-to-date contact information for you and the beneficiary, including:

- A local telephone number, physical address, and/or email address for contacting the beneficiary in his/her country of residence, so that the U.S. Embassy or Consulate may contact him/her to schedule an appointment, should the request for parole be approved.
- A copy of the identity page of a current valid passport issued to the beneficiary.

Any foreign language document must be accompanied by an English language translation and a certification signed by the translator that must be printed legibly or typed. Such certification must include a statement that the translator is competent to translate the document from the original language into English and that the translation is true and accurate to the best of the translator's abilities. **Also, please ensure that the documents you are providing are clear and readable.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**

# EXHIBIT E



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE8740958328 | 072625066628 | I131 - APPLICATION FOR TRAVEL DOCUMENT |
| **Received Date** 10/18/2021 | **Priority Date** 10/18/2021 | **Applicant** A047 938 065 ALI, MUZHGAN |
| **Notice Date** 07/06/2023 | **Page** 1 of 1 | |

ALI, MUZHGAN
36 GLENWOOD
HERCULES CA 94547

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** 4A4F7-CD73-0D845

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case.
- sign up to receive email notifications and text messages.
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *https://my.uscis.gov/account*
2. Select **"Create a new account"** on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Select **"Add a paper-filed case."**
4. Enter your **"USCIS case receipt number"** and select **"Add case."**
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your **"Date of birth"** in the fields provided.
6. Select **"Confirm case."**

**NOTE: Your Online Access Code will expire 90 days from the notice date listed at the top of this letter. We will continue processing your application regardless of whether you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to request that we reset your access code. If you have questions about how to confirm your USCIS Online Account or to request that we reset your access code, please visit the USCIS Contact Center at uscis.gov/contactcenter.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Humanitarian Affairs Branch
U.S. CITIZENSHIP & IMMIGRATION SVC
RAIO International Operations
999 North Capitol St., NE Mailstop #2295
Washington DC 20529-2295

**USCIS Contact Center: www.uscis.gov/contactcenter**