BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

JAIME A. SCOTT
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3620
Jaime.A.Scott@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ANOOSH AZIZI, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et. al.*,[1]<br><br>Defendants. | Case No: 2:24-cv-02959-JDP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**<br><br>Hearing Date: March 13, 2025<br>Hearing Time: 10:00AM, Courtroom 9<br>Magistrate Judge Jeremy D. Peterson |

---

[1] Under Fed. R. Civ. P. 25(d), when a public officer who is a party in an official capacity "ceases to hold office," the officer's successor is "automatically substituted as a party" in the pending action.

MOTION TO DISMISS

## **DEFENDANTS' NOTICE OF MOTION**
## **AND MOTION TO DISMISS**

Please take notice that on March 13, 2025, or as soon thereafter as it may be heard, Kristi Noem, Secretary, U.S. Department of Homeland Security and Jennifer B. Higgins, Acting Director, U.S. Citizenship and Immigration Services (hereinafter "Defendants"), will motion for dismissal of this action pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). A hearing on this matter will take place before Magistrate Judge Jeremy D. Peterson in Courtroom 9 of the Robert T. Matsui United States Courthouse at 501 I Street, Sacramento, CA 95814.[2]

Defendants respectfully request that this Court grant Defendants' Motion to Dismiss, which is accompanied by a brief in support. Eleven Plaintiffs, three U.S. Citizens and eight Afghan beneficiaries of 8 U.S.C. § 1182(d)(5)(A) parole applications, challenge "USCIS's [alleged] change in adjudication standards for Afghan humanitarian parole applications" after August 31, 2021, as well as claim their parole determinations were unreasonably delayed under the Administrative Procedures Act ("APA"). Plaintiffs also bring a violation of the Freedom of Information Act ("FOIA") claim. Plaintiffs' seven count Complaint should be dismissed under Fed. R. Civ. P. 12(b)(1) and 12(b)(6), as Plaintiffs lack standing to raise their claims, their claims are unreviewable under the APA, their claims do not

---

[2] Per Judge Peterson's rules, Parties in civil matters generally appear via Zoom. Defendants have no preference for appearance in person or on Zoom.

allege any new standards by USCIS, and, even if their claims were reviewable, there has been no unreasonable delay.

This motion is made upon this Notice, the accompanying brief, and all pleadings, records, and other documents on file in this action, and upon such further argument as may be presented at or before the hearing on this motion. For the reasons stated in the attached brief, the Court should therefore **GRANT** the Motion to Dismiss.

Dated: January 29, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

YAMILETH G. DAVILA
Assistant Director

/s/ *Jaime A. Scott*
JAIME A. SCOTT (DC #90027182)
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3620
Jaime.A.Scott@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed was filed through the CM/ECF software on January 29, 2025. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

          Respectfully Submitted,

          */s/ Jaime A. Scott*
          Jaime A. Scott
          Trial Attorney
          United States Department of Justice
          Office of Immigration Litigation

          *Attorney for Defendants*