UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ANOOSH AZIZI, *et. al.*,<br><br>                           Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et. al.*, [1]<br><br>                           Defendants. | Case No: 2:24-cv-02959-JDP |

## ORDER

UPON consideration of Defendants' Motion to Dismiss, it is hereby **ORDERED** that the Motion to Dismiss be **GRANTED** with prejudice.

         IT SO ORDERED.

Dated: _____          _____
                                JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE

---

[1] Under Fed. R. Civ. P. 25(d), when a public officer who is a party in an official capacity "ceases to hold office," the officer's successor is "automatically substituted as a party" in the pending action.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 137(b)

I certify that I submitted this Proposed Order on January 29, 2025, through CM/ECF and to Magistrate Judge Jeremy D. Peterson's inbox (jdporders@caed.uscourts.gov) in compliance with Local Rule 137(b).

    Respectfully Submitted,

    */s/ Jaime A. Scott*
    Jaime A. Scott
    Trial Attorney
    United States Department of Justice
    Office of Immigration Litigation

    *Attorney for Defendants*