**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

MOHAMMAD ANOOSH AZIZI, *et. al.*,

                                        Plaintiffs,

 v.                                                          Case No: 2:24-cv-02959-JDP

KRISTI NOEM, *et. al.*,

                                        Defendants.

## ORDER

UPON consideration of Defendants' Motion to Stay, for good cause shown, it is hereby ordered that the Status Report filing, Initial Status Conference, and administrative record production are **STAYED** until federal Defendants notify the Court that Department funding has resumed.

At that time, the Court will reset the deadlines for the status report filing and administrative record production, as well as the initial status conference date, commensurate with the duration of the lapse in appropriations.

IT IS SO ORDERED.

Dated:    October 21, 2025                          _____
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE